

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00490-CV

**IN THE INTEREST OF B.H. JR.**, A Child

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000219
Honorable Robert J. Falkenberg, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, and this court must dispose of it within 180 days of the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due on September 6, 2022, and he filed a motion requesting a fifteen-day extension of time. After consideration, we **grant** the motion and **order** him to file his brief **by September 21, 2022**.

It is so **ORDERED** on September 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT